# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
02/02/2026
Clerk, U.S. District Court
Western District of Texas

By: _____FMorales_____
Deputy

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: EP:26-M -00552(1) - MAT |
| | § |
| (1) BELIZARO GONZALEZ-MONTOYA | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 30, 2026** in **Hudspeth** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title     **8**     United States Code, Section(s)    **1326(a)**

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following facts: "The DEFENDANT, Belizaro GONZALEZ-Montoya, an alien to the United States and a citizen of Mexico was found approximately 9 miles west of the Fort Hancock Port of Entry in Fort Hancock, Texas in the Western District of Texas.  From statements

**Continued on the attached sheet and made a part of hereof.**


Sworn to before me,                                              /s/ PYATT, JASON
                                                                Signature of Complainant
                                                                Border Patrol Agent


February 02, 2026                                  at    EL PASO, Texas
Date                                                     City and State


MIGUEL A. TORRES                                         _[signature]_
UNITED STATES MAGISTRATE JUDGE                           Signature of Judicial Officer
                                                         **OATH TELEPHONICALLY SWORN
                                                         AT 2:00  P.M.
                                                         FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - EP:26-M -00552(1)

WESTERN DISTRICT OF TEXAS

(1) BELIZARO GONZALEZ-MONTOYA

FACTS   (CONTINUED)

made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Mexico on January 10, 2016 through Calexico, CA.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

IMMIGRATION HISTORY:
The DEFENDANT has been granted 2 voluntary removals, the last on October 12, 2003, through EL PASO, TX
The DEFENDANT has been removed 1 time, the last one being to MEXICO on January 10, 2016, through CALEXICO, CA


CRIMINAL HISTORY:
None Found